**Konta, Georges, and Buza, P.C.**
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

October 31, 2023

**VIA ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Bell*, **23 CR 384 (PAC)**

Dear Judge Crotty:

    I represent Byron Bell. Mr. Bell's sentencing is scheduled to occur on November 6, at 3:00 p.m. I write to respectfully request a 60-day adjournment of Mr. Bell's sentencing. I make this request because there are certain documents that I am awaiting that I would like to include in my sentencing submission. I believe sixty days is sufficient for me to get these documents. This is my first request to adjourn the matter and the government does not object. After conferring with the government, we have determined that any time between January 8, 2024 through January 10, 2024, with the exception of 4:00 P.M. on January 9, 2024 would be a convenient date for the parties should the Court grant the adjournment.

11/1/2023
The November 6 sentencing is adjourned
to January 10, 2024 at 2:30PM. SO
ORDERED.

*/s/ Paul A. Crotty*

Respectfully Submitted,

/s/
_____
John P. Buza

cc.:    AUSA Frank Balsamello (via ECF)