**MEMO ENDORSED**

# Konta, Georges, and Buza, P.C.

233 Broadway, Suite 701
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

April 16, 2026

**VIA ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Bell,* **23 CR 384 (JGLC)**

Dear Judge Clarke:

     I represent Byron Bell. Mr. Bell's violation of supervised release matter is scheduled to be heard on April 21, 2026, at 2:00 p.m. The parties have all agreed to adjourn the matter to any date convenient for the Court that is after April 30, 2026. Probation would like to see how Mr. Bell's state court matter resolves before making a recommendation in how to proceed in the instant matter. His state court matter is next on April 30, 2026. This is my first request to adjourn the matter and there is no objection from any party.

                                   Respectfully Submitted,

                                     /s/
                           _____
                               John P. Buza

cc.:    AUSA Frank Balsamello (via ECF)
       P.O. Giavonnii Foderingham (via ECF)

Application GRANTED. The Court adjourns the April 21, 2026 conference *sine die*. The parties are directed to file a joint status letter regarding what has occurred in the state matter by **May 4, 2026**. The Court will reschedule the conference thereafter. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 37.

SO ORDERED.

JESSICA G. L. CLARKE, United States District Judge
Dated: April 20, 2026
     White Plains, New York