UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

BRYON BELL,

Defendant.

23-CR-384-1-JGLC

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that the VOSR conference as to Bryon Bell, previously scheduled for October 22, 2026, at 3:00 p.m., is ADJOURNED *sine die*. On October 19, 2026, the Court received an update from the Probation Office regarding Mr. Bell's status. At this time, Probation has moved to dismiss the outstanding violations. Mr. Bell will continue with his current supervision under the Probation Office.

Dated: October 21, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge